FILED

03/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0609

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0609

_____

CITY OF GREAT FALLS,

      Plaintiff and Appellee,

    v.

BOARD OF COMMISSIONERS OF
CASCADE COUNTY,

      Defendant and Appellant.

O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Elizabeth A. Best, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 22 2023